GARY M. RESTAINO
United States Attorney
District of Arizona
ROSS ARELLANO EDWARDS
Assistant U.S. Attorney
Arizona State Bar No. 033439
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Ross.arellano.edwards@usdoj.gov
Attorneys for Plaintiff

☒ FILED  ☐ LODGED

**Dec 13 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR-24-02040-PHX-DLR (ASB) |
| Plaintiff, | Mag. No. 24-6409MJ |
| v. | |
| Benito Mares-Robles, | **I N F O R M A T I O N** |
| Defendant. | VIO: 8 U.S.C. § 1326(a) and (b)(1) |
| | (Reentry of Removed Alien) |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about July 14, 2024, at or near Phoenix, in the District of Arizona, the defendant BENITO MARES-ROBLES, an alien, was found in the United States after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about March 29, 2019, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) as enhanced by (b)(1).

Dated this 18th day of November, 2024 .

GARY M. RESTAINO
United States Attorney
District of Arizona

*Ross Arellano Edwards*

ROSS ARELLANO EDWARDS
Assistant U.S. Attorney